UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  §
        §
WERTH, DUANE E  §   Case No. 10-41152
WERTH, KAREN L  §
        §
        §
    Debtor(s)  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 03/07/2013 in Courtroom 240,
United States Courthouse
c/o Kane County Courthouse
100 S. 3rd St., Geneva, IL 60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/13/2013                By: Kenneth S. Gardner
                                           Clerk of the Bankruptcy Court

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
WERTH, DUANE E § Case No. 10-41152
WERTH, KAREN L §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 5,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 106.93 | $ 0.00 | $ 106.93 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,356.93 |
| Remaining Balance | $ 3,643.07 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 86,990.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 13,477.37 | $ 0.00 | $ 564.42 |
| 000002 | Chase Bank USA, N.A. | $ 22,661.54 | $ 0.00 | $ 949.05 |
| 000003 | Chase Bank USA, N.A. | $ 16,082.74 | $ 0.00 | $ 673.53 |
| 000004 | American Express Centurion Bank | $ 3,292.33 | $ 0.00 | $ 137.88 |
| 000005 | FIA Card Services, NA/Bank of America | $ 31,476.12 | $ 0.00 | $ 1,318.19 |
| | Total to be paid to timely general unsecured creditors | | $ | 3,643.07 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R. Voiland
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                    Case No. 10-41152-CAD
Duane E Werth                                             Chapter 7
Karen L Werth
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: kseldon            Page 1 of 2              Date Rcvd: Feb 06, 2013
                              Form ID: pdf006          Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2013.
db/jdb       +Duane E Werth,    Karen L Werth,    54 Genesee Ave.,    Elgin, IL 60123-2153
16133236     +Alexian Brothers,    3040 Salt Creek Lane,    Arlington Hts., Il 60005-1069
16133237     +American Express,    PO Box 981535,    El Paso, Tx 79998-1535
16910330      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16133239      Capitol One,    PO Box 30285,    Salt Lake City, UT 84130-0285
16797224      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16133240      Chase Mastercard,    PO Box 15153,    Wilmington, De 19886-5153
16133241      Chase Visa,    PO Box 15153,    Wilmington, De 19886-5153
16133242     +Citi - Flex Line (Citibank),    c/o Blatt Hasenmiller et al,    125 S Wacker Dr. #400,
               Chicago, IL 60606-4440
16133243      Citi Mastercard,    PO Box 6500,    Sioux Falls, SD 57117-6500
16133245      Elk Grove Lab Phys,    Dept 77-9154,    Chicago, Il. 60678-0001
16133246     +Elk Grove Radiology,    75 Remittance Dr., #6500,    Chicago, Il 60675-6500
16133247     +First American Bank,    PO Box 7983,    Elk Grove Village, Il 60009-7983
16133248     +Gary Bortnick, MD,    303 E Army Trail Rd., #100,    Bloomingdale, Il 60108-2140
16133249     +Greater Elgin Emerency,    P O Box 5940 Dept.20-1105,    Carol Stream, Il.,    IL 60197-5940
16133251      HSBC / Best Buy,    PO Box 17298,    Baltimore, Md 21297-1298
16133250     +Health Lab (Central DuPage),    PO Box 4090,    Carol Stream, Il 60197-4090
16133252     +ING Direct,    30 7th Ave. S.,    St Cloud, Mn 56301-4213
16133253     +Northwest Community Hosp,    MiraMed Revenue Group,    Dept 77304,    Detroit, MI 48277-0001
16133254     +Partners in Primary Care,    921 N Plum Grove Rd,    Schaumburg, Il 60173-4761
16133255     +Physician Anesthesia Assoc.,    Dept. 4330,    Carol Stream, Il 60122-0001
16133256     +Sherman Hospital,    35134 Eagle Way,    Chicago, Il 60678-1351

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16133244      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 07 2013 02:02:24      Discover,   PO Box 30943,
               Salt Lake City, Ut 84130
16722782      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 07 2013 02:02:24      Discover Bank,
               Discover Products Inc.,    PO Box 3025,    New Albany, OH 43054-3025
17171132      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 07 2013 02:26:17
               FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK 73124-8809
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16133238     ##Bank of America,    PO Box 15026,   Wilmington, De 19850-5026
                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 08, 2013**         **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: kseldon              Page 2 of 2              Date Rcvd: Feb 06, 2013
                               Form ID: pdf006            Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2013 at the address(es) listed below:

```
              Joseph  Voiland     jrvoiland@sbcglobal.net,   jvoiland@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Stephen J Costello    on behalf of Joint Debtor Karen L Werth steve@costellolaw.com
              Stephen J Costello    on behalf of Debtor Duane E Werth steve@costellolaw.com
                                                                                             TOTAL: 4
```